**LAWRENCE F. RUGGIERO**
ATTORNEY AT LAW
167 EAST 61ST STREET
SUITE 17E
NEW YORK, NEW YORK 10065

(212) 406-2910
FAX (212) 759-4463
E-MAIL LAWRUGGIERO.MINDSPRING.COM

August 26, 2010

The Honorable Jack B. Weinstein
United States District Court Judge
225 Cadman Plaza East
Brooklyn, New York 11201

*[handwritten: Granted / JBW 8/27/10]*

Re: U. S.v. REAL PROPERTY LOCATED AT :
115-98 Park Lane South; 107-24 1st Road,
PH3B; 83-83 115th St; 119 Ralph Ave.; 9 Oakley St.;
and 245 McKinley Ave.
Dkt. No. 10 CV 3748

Dear Judge Weinstein:

I represent Basanda Khaimov, Zhora Tabibov, and Mark Tabibov who are claimants of the following properties in the above Complaint, filed on August 13, 2010: 115-98 Park Lane South; 107-24 1st Road, ph3B; and 83-83 115th Street.

I am writing to request a ten day extension, until September 12, 2010, of the September 2, 2010 deadline by which the above Claimants must file their Answer to the Complaint. This application has been discussed with the Assistant United States Attorney representing the government in this case, Mr. Artemis Lekakis, and he consents to the requested extension.

Very truly yours,

cc: AUSA Artemis Lekakis

Lawrence F. Ruggiero
Lawrence F. Ruggiero